# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE BOLTON,<br><br>          Plaintiff,<br><br>     v.<br><br>HOLLAND, et al.,<br><br>          Defendants. | **Case No. 1:16-cv-00298-SKO (PC)**<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**<br><br>**(Doc. 9)** |

    Plaintiff, Wayne Bolton, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 4, 2016. On May 2, 2016, Plaintiff filed a motion for entry of default judgment in which he asserts that all of the persons he named as Defendants in the Complaint were served on or about March 11, 2016. (Doc. 9.) Plaintiff asserts that, since the named defendants have not filed a responsive pleading, they are in default and judgment should be entered in his favor. (*Id.*)

    Plaintiff's Complaint is awaiting screening pursuant to 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally frivolous, malicious, fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2); 28 U.S.C. § 1915(e)(2)(B)(i)-(iii). If the Complaint is found to state any cognizable claims following screening, the United States Marshal will be directed to initiate service of process on the corresponding defendants. Until such service has been affected, individuals named as defendants

in this action are under no obligation to respond to Plaintiff's Complaint.  Fed. R. Civ. P. 4(d), (e); Fed. R. Civ. P. 55(a).  Plaintiff's motion is, therefore, premature and until and unless Plaintiff has evidence that Defendant is in default, he should refrain from seeking entry of default.

Accordingly, Plaintiff's motion for entry of default is HEREBY DENIED without prejudice.  Fed. R. Civ. P. 55(a).

IT IS SO ORDERED.

Dated:   **May 4, 2016**                                    **/s/ Sheila K. Oberto**
                                                            UNITED STATES MAGISTRATE JUDGE