IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE BOLTON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>E. SODERGREN, et al.,<br><br>　　　　　　Defendants. | Case No. 1:16-cv-00298-SKO (PC)<br><br>**ORDER GRANTING DEFENDANTS' EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>**(Doc. 32)**<br><br>**DEADLINE: May 3, 2018** |

　　Defendants Moser, Sodergren, and Steadman have filed an *ex parte* application for a forty-five-day extension of time in which to file a responsive pleading to Plaintiff's First Amended Complaint. Having considered the application, the Court finds good cause to grant the extension request.

　　Accordingly, IT IS HEREBY ORDERED THAT:

　　1. Defendants' request for an extension of time (Doc. 32) is GRANTED; and,

　　2. Defendants shall file their responsive pleading no later than May 3, 2018.

IT IS SO ORDERED.

Dated: __**March 16, 2018**__　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1